IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02136-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

GORDON O. HOFF, SR.,

Petitioner,

v.

HARLEY G. LAPPIN, Director of B.O.P.,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 10 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner has submitted a "Petition for Writ of Mandamus" asking the court to compel Defendant to perform a duty allegedly owed to Petitioner to correct Petitioner's sentence. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the document is deficient as described in this order. Although Petitioner has included case number 96-CR-10-C, in the caption of his pleading, that is the case number of Petitioner's criminal case in the United States District Court for the Western District of Wisconsin. Therefore, the clerk of the court will be directed to commence a new civil action. Petitioner will be directed to cure the following if he wishes to pursue his claims in this action in this court. Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) <u>xx</u>   is not submitted

(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  xx   other: <u>motion is necessary only if filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
(10) ___  is not submitted
(11) xx   is not on proper form (must use the court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___  names in caption do not match names in text
(18) ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers that Petitioner files in

response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Petitioner, together with

a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies

**within thirty (30) days from the date of this order,** the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 9th day of October, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **07-CV-02136-BNB**

Gordon O. Hoff, Sr.
Reg. No. 03956-090
USP – Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 10/10/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk