IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 30 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02136-BNB

GORDON O. HOFF, SR.,

    Petitioner,

v.

HARLEY G. LAPPIN, Director of B.O.P.,

    Respondent.

---

## ORDER OF DISMISSAL

---

Petitioner Gordon O. Hoff, Sr., is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Hoff initiated this action by filing *pro se* a "Petition for Writ of Mandamus" asking the Court to compel Respondent to perform a duty allegedly owed to Mr. Hoff to correct Mr. Hoff's sentence. In an order filed on October 10, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Hoff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Hoff to file his pleading on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Hoff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On October 22, 2007, Mr. Hoff filed a "Motion Under 28 U.S.C. § 1631" asking the Court to transfer this action to the United States Court of Appeals for the Tenth

Circuit. Title 28 U.S.C. § 1631 allows the Court, if the Court "finds that there is a want of jurisdiction," to transfer an "action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed." Mr. Hoff does not allege why he believes this action should be transferred to the Tenth Circuit and the Court finds that a transfer of this action pursuant to § 1631 is not appropriate. Therefore, the "Motion Under 28 U.S.C. § 1631" will be denied.

Mr. Hoff has not cured the deficiencies in this action. He has not filed a pleading on the proper form and he has not paid the filing fee or filed a motion seeking leave to proceed *in forma pauperis*. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Motion Under 28 U.S.C. § 1631" filed on October 22, 2007, is denied. It is

FURTHER ORDERED that the "Petition for Writ of Mandamus" is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 30 day of Nov. , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02139-BNB

Gordon O. Hoff, Sr.
Reg. No. 03956-090
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_\_11/30/07\_\_

                       GREGORY C. LANGHAM, CLERK

                       By: _____
                             Deputy Clerk